1058 Third Avenue Associates, L.P., Petitioner-Landlord-Respondent, 
against
Lynn Joan Zuman, Respondent-Tenant-Appellant.



Tenant appeals from an order of the Civil Court of the City of New York, New York County (Phyllis K. Saxe, J.), dated April 4, 2014, which denied her motion to stay execution of a warrant of eviction in a nonpayment summary proceeding.




Per Curiam.
Appeal from order (Phyllis K. Saxe, J.), dated April 4, 2014, dismissed, without costs, as moot.
Inasmuch as the warrant of eviction was ultimately executed and tenant has long since vacated the premises, tenant's appeal from the order which denied her motion to stay execution of the warrant is moot (see Makas v Russo, 237 AD2d 762 [1997]; East 22nd Equities LLC v Staggers, 34 Misc 3d 139[A], 2011 NY Slip Op 52451[U] [App Term, 2nd, 11th and 13th Jud Dists 2011]). As no exception to the mootness doctrine is present (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714—715 [1980]), the appeal must be dismissed. In any event, were we not dismissing the appeal, we would affirm Civil Court's discretionary determination.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2016